

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2021

No. 04-21-00478-CV

**IN RE** Hugo Xavier **DE LOS SANTOS**, Esq.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23662
Honorable Laura Salinas, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On November 3, 2021, relator filed a petition for writ of mandamus and motion for emergency stay in this court. After considering the petition, mandamus record, and motion for stay, this court concludes relator has not shown he is entitled to the relief sought. Accordingly, the motion for emergency stay and the petition for writ of mandamus are denied. *See* TEX. R. APP. P. 52.8(a), 52.10.

It is so **ORDERED** on November 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-CI-23662, styled *Medfinmanager, Inc. v. Ernest P. Barrett, Henry Ridgeway, and Hugo Xavier de los Santos*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.